UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY CAIN,

               Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security,

               Defendant.

CASE NO. C15-5580 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**.

(2)     Defendant's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the R&R.

(3)     Judgment is for Plaintiff and this case should be closed.

Dated this 16th day February, 2016.

                                        BENJAMIN H. SETTLE
                                        United States District Judge